UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21248-CIV-MORENO

MELINDA WEISS, on behalf of herself and
others similarly situated,

        Plaintiff,

vs.

EXCEL IMPACT, LLC,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Mediator's Report **(D.E. 19)**, filed on **August 26, 2022**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of August 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record